IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Clayton P. Voegtle,<br>individually and as the representative<br>of a class of similarly- situated persons,<br><br>    Plaintiff,<br><br>vs.<br><br>Circuit City Stores, Inc.<br>and John Doe Corporation,<br><br>    Defendants. | 08CV3270<br>JUDGE CONLON<br>MAG. JUDGE NOLAN<br><br>No. _____<br><br>Jury Demanded<br><br>FILED<br>JUN - 6 2008<br>Jun 6 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

CLASS ACTION COMPLAINT

Plaintiff, CLAYTON P. VOEGTLE (herein "Plaintiff"), by his attorney Robert A. Holstein brings this action on behalf of himself and all other persons similarly situated, through his attorney, and alleges as follows:

### JURISDICTION AND VENUE
**Applicable to All Counts**

1. Plaintiff, CLAYTON P. VOEGTLE is an individual residing in Buffalo Grove, Illinois. Plaintiff will hereinafter be referred to as Mr. Voegtle.

2. Defendant, Circuit City Stores, Inc. is a Virginia business corporation licensed to do business in Illinois and in numerous other states within the United States. Defendant will hereinafter be referred to as Circuit City.

3. Jurisdiction resides in the Federal Court pursuant to the Class Action Fairness Act (CAFA) of 2005. That the amount of damages for the alleged classes exceeds $5,000,000. More than two thirds of the class members reside in states other than Illinois.

4. Venue is proper because Defendant does business in Cook County, Illinois, and the named plaintiff's transaction which is the subject of this complaint occurred in Lake County, Illinois.

## FACTS

5. On or about November 25, 2007, Circuit City advertised through newspapers including the Chicago Tribune, the Daily Herald, and other newspapers that it was offering for sale a Smartparts digital photo frame for $89.99 after a $50 mail-in rebate.

6. Mr. Voegtle read the advertisement and because he wanted to buy some digital photo frames for holiday gifts, went to a local Circuit City store in Vernon Hills Illinois.

7. At the Circuit City store he informed the store personnel that he wanted to buy three smartparts digital frames and asked if he would get the rebate on all three; he was told he would.

8. Mr. Voegtle then took three of the Smartparts digital photo frames to the checkout area and purchased them the full expectation that his final price would be $89.99 for each after he received the three rebates by mail.

9. After the purchase was made, the store personnel printed on the stores cash register/computer three separate rebate forms for the rebates and gave them to Mr. Voegtle with his receipt.

10. At the time Mr. Voegtle made his purchase, he observed other persons buying more than one of the same digital picture frame and Circuit City personnel printing out on

the cash register/computers of Circuit City separate rebate forms for the number of digital picture frames being purchased and giving them to such other persons with their receipts.

11. Mr. Voegtle completed each of the three separate rebate forms and sent it to Circuit City on or about December 3, 2007, at the address on the form together with the proof of purchase required, including a different bar code with each of the forms as he had purchased three separate digital picture frames. A cover letter was sent with the mailing and a copy of that letter is attached hereto as Exhibit A.

12. Circuit City acknowledged receipt on December 18, 2007, of all three rebate forms by sending three separate emails, one for each submission.

13. Each email was addressed to Mr. Voegtle and said: "We are happy to inform you that your rebate submission for $50 Mail in Rebate with Purchase of Digital Photo Frame (SP1100) at Circuit City has been received and is currently being processed. Please allow 8 weeks from the postmark date of your submission for processing your rebate. Your rebate tracking number is:" Each email had a different tracking number. There then followed a link for checking on the assigned tracking number. A print out of each email is attached hereto as group Exhibit B.

14. After opening and reading said emails on or about December 18, 2007, Mr. Voegtle did click on the link in those emails but the link did not give any additional information beyond the receipt of the claim form at that time.

15. On February 8, 2008, Mr. Voegtle received one $50 rebate check.

16. On February 11, 2008, he had not received the other two rebate checks, looked at the old emails, saw the links for the the other two and clicked on them. The links now said in pertinent part:

    Status Detail:      Invalid.
    Invalid Reason:     Duplicate Circuit City Ticket #.

## CLASS ALLEGATIONS PURSUANT TO
## FEDERAL RULES OF CIVIL PROCEDURE, RULE 23

17. Plaintiff has named John Doe Corporation as an unknown defendant which may be an appropriate co-defendant. Discovery may disclose that Circuit City's product rebate programs are subcontracted to a third party which administers Circuit City's rebate programs and which has a financial incentive to wrongfully deny rebate claims. However, all of this is unknown to be the fact by the plaintiff and putative plaintiffs because it is never disclosed to the consumer/rebate claimant.

18. Plaintiff brings this action in his own behalf and on behalf of all other similarly situated persons.

19. Plaintiff alleges this suit is properly maintained as a class action pursuant to FRCP Rule 23.

20. Plaintiff alleges as to the members of the class as follows:

    a. The number of class members will likely exceed 80 in Illinois and is likely to exceed 1,000 in other states and is so numerous that joinder of all members is impractical,

    b. There are common questions of law and fact as to the represented parties and other members of the class which predominate over any individual issues, including:

4

    i. Whether the defendant offered the same brand and model of digital frame to all customers at a resulting price of $89.99 after a fifty dollar rebate.

    ii. Whether defendant printed out multiple rebate forms for customers who purchased more than one such digital picture frame.

    iii. Whether Circuit City had a duty to inform customers of a one only limit on rebates before selling multiple numbers of the advertised item to the customer.

    iv. Whether defendant dishonored rebates for multiple claims that were sent in from one person or from one address.

    v. Whether rejecting rebate applications based on multiple purchases was a breach of contract with customers making multiple purchases.

    vi. Whether the advertisement constituted a contractual offer to sell capable of acceptance by purchase, resulting in a contract that permitted a rebate for each such digital frame purchased.

    vii. Whether rejecting the rebate applications based on multiple purchases by the same person or persons at the same address was a breach of contract.

c. Plaintiff will fairly and accurately protect the interest of the class, because he is a member of the class and his claims are typical for the class. Neither plaintiff nor plaintiff's counsel has any interests adverse or in conflict with the class. Further, plaintiff's counsel is experienced in handling class actions.

d. A class action is an appropriate method, superior to any other method, for the fair and efficient and adjudication of the controversies involved because a class action will eliminate the possibility of repetitive litigation. It will also provide for redress of claims that many would consider too small to support the expense of individual litigation. Further it will provide for uniformity or decessions for like factual situations whereas multiple litigation could result in conflicting determinations based on the same factual situations.

21. The class proposed to be represented in this action consist of all persons who purchased multiple Smartparts digital picture frames from Circuit City pursuant a Circuit City advertisement offering said frames for sale at a resulting price of $89.99 after a fifty dollar mail in rebate, and who submitted rebates for multiple purchases but only received one rebate.

5

Case 1:08-cv-03270   Document 1   Filed 06/06/2008   Page 6 of 15

## COUNT ONE
## BREACH OF CONTRACT

1-21. Plaintiff reallages paragraphs 1 through 21 inclusive from above as the same numbered paragraphs for this count one.

22. Defendant entered into contracts with plaintiff and all persons similarly situated to plaintiff by virtue of defendant's offer to sell digital picture frames for a final price of $89.99 after a fifty dollar rebate, and plaintiff and all other persons similarly situated acceptance of that offer by purchasing the advertised digital picture frames from Circuit City.

23. Pursuant to the contract, Mr Voegtle and the putative class members were entitled to receive a $50 rebate for each of his three purchases and all similarly situated persons were also entitled to receive a $50 rebate for each picture frame purchased.

24. The defendant's action of only sending one rebate to Mr. Voegtle and indicating on its internet link that the other two rebate claims he submitted were invalid because they were purchased on the same Circuit City Ticket breached the contract.

25. The defendant is believed to have breached the contracts with all other similarly situated persons who submitted multiple rebate claims by sending only one rebate and treating all further rebate applications as invalid.

26. Plaintiff has been damaged in that he has not received two of the $50 rebates promised by the contract and all other similarly situated persons have been damaged to the extent of $50 per claim denied because such persons submitted more than one claim for said rebate.

WHEREFORE, Plaintiff, individually and on behalf of all other similarly situated persons, preys that the court will enter judgment as follows:

A. That the court adjudge and decree that the present case may be properly maintained as a class action, appoint Plaintiff as the representative of the class, and appoint Plaintiff's counsel as counsel for the class;

B. That the court award actual monetary damages in the amount $50 for each rebate claim for a Smartparts digital picture frame that was denied because more than one rebate claim was made by the same person or from the same address;

C. That the court order said damages to be placed in fund for the benefit of the class;

D. That the court determine an appropriate attorney fee for class counsel and also an appropriate award for the class representative and allow the same to be paid from the amounts recovered herein.

E. That the court approve a procedure for notifying class members and for processing payments from the fund to class members; and

F. That the court order such other and further relief as the court deems just and equitable.

S/ Robert A. Holstein

_____
Plaintiff's counsel

Robert A. Holstein
HOLSTEIN LAW OFFICES, LLC
19 S. LaSalle Street, Suite 1500
Chicago, Illinois 60603
Tel. No. (312) 906-8000
Atty. No. 1251600

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Clayton P. Voegtle, individually and as the representative of a class of similarly- situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | No. |
| vs. | ) ) ) | Jury Demanded |
| Circuit City Stores, Inc. and John Doe Corporation | ) ) ) ) | |
| Defendants. | ) | |

# EXHIBITS A
# AND GROUP EXHIBIT B TO
# CLASS ACTION COMPLAINT

# EXHIBIT A

Case 1:08-cv-03270   Document 1   Filed 06/06/2008   Page 10 of 15

**CLAYTON P. VOEGTLE**
*Attorney at Law*

14047 West Petronella Drive
Suite 202A
Libertyville, Illinois 60048
847/ 918-9840 Telephone
847/ 918-8247 Facsimile

December 3, 2007

CCITY REBATE #PLK7J
P. O. Box 540040
El Paso, TX  88554-0040

                                           RE:    3 rebates

To Whom It May Concern:

      Enclosed are 3 completed rebate forms for rebates on 3 purchases of digital picture frames on Nov. 25, 2007.   These have nothing to do with my business and are personal Christmas gift items; however, Circuit City has my name in its computers with my business address so when I made the purchases the store printed out the rebate forms with my name and mailing address using my office address.  You may send the rebate to my office, just use my name for the rebate checks.

      Each of the 3 separate rebate forms has attached to it a legible photocopy of the receipt for the purchase and also has attached a legible copy of the UPC bar code from the boxes for the 3 items.  The items and the purchase price have been circled on the attached copy for the item for that rebate.

      Since I am sending 3 rebate forms each with copies attached I have circled a different line on the receipt for each rebate.

      I look forward to receiving the three $50 rebates shortly by return mail.

                                                                Clayton P. Voegtle

Practice Concentrated in Civil Appeals, Class Action Litigation and Real Estate Matters

# GROUP EXHIBIT B

Page 1 of 1

**Clayton@VoegtleLaw.com**

From: &lt;rebatetrack@rebatetrack.com&gt;
To: &lt;clayton@voegtlelaw.com&gt;
Sent: Tuesday, December 18, 2007 6:21 PM
Subject: Your rebate information

Dear CLAYTON VOEGTLE,

We are happy to inform you that your rebate submission for $50 Mail in Rebate with Purchase of Digital Photo Frame (SP1100) at Circuit City has been received and is currently being processed. Please allow 8 weeks from the postmark date of your submission for processing your rebate.

Your rebate tracking number is: 266431526

To check your rebate status just click on
http://www.ccityrebates.com/promocenter/circuitcity/trackdetails.html?track_number=266431526

Please be sure to keep a copy of your tracking number for future reference.

Thank you for your purchase. We look forward to serving you again.

Sincerely,
Your Rebate Center


Thank you for shopping at Circuit City. Please visit us online at www.circuitcity.com.
Items that have been returned are not eligible for this rebate.
You will be unable to reply to this email because it has been automatically generated. You have not been added to an email list. This message was sent in response to your rebate submission and will be the only email you will receive about this rebate. Please direct any inquiries to the Circuit City Rebate Center at (877) 224-8966.

2/19/2008

**Clayton@VoegtleLaw.com**

From: &lt;rebatetrack@rebatetrack.com&gt;
To: &lt;clayton@voegtlelaw.com&gt;
Sent: Tuesday, December 18, 2007 6:21 PM
Subject: Your rebate information

Dear CLAYTON VOEGTLE,

We are happy to inform you that your rebate submission for $50 Mail in Rebate with Purchase of Digital Photo Frame (SP1100) at Circuit City has been received and is currently being processed. Please allow 8 weeks from the postmark date of your submission for processing your rebate.

Your rebate tracking number is: 266431654

To check your rebate status just click on
http://www.ccityrebates.com/promocenter/circuitcity/trackdetails.html?track_number=266431654

Please be sure to keep a copy of your tracking number for future reference.

Thank you for your purchase. We look forward to serving you again.

Sincerely,
Your Rebate Center

Thank you for shopping at Circuit City. Please visit us online at www.circuitcity.com.
Items that have been returned are not eligible for this rebate.
You will be unable to reply to this email because it has been automatically generated. You have not been added to an email list. This message was sent in response to your rebate submission and will be the only email you will receive about this rebate. Please direct any inquiries to the Circuit City Rebate Center at (877) 224-8966.

2/19/2008

**Clayton@VoegtleLaw.com**

From: &lt;rebatetrack@rebatetrack.com&gt;
To: &lt;clayton@voegtlelaw.com&gt;
Sent: Tuesday, December 18, 2007 6:20 PM
Subject: Your rebate information

Dear CLAYTON VOEGTLE,

We are happy to inform you that your rebate submission for $50 Mail in Rebate with Purchase of Digital Photo Frame (SP1100) at Circuit City has been received and is currently being processed. Please allow 8 weeks from the postmark date of your submission for processing your rebate.

Your rebate tracking number is: 266431383

To check your rebate status just click on
http://www.ccityrebates.com/promocenter/circuitcity/trackdetails.html?track_number=266431383

Please be sure to keep a copy of your tracking number for future reference.

Thank you for your purchase. We look forward to serving you again.

Sincerely,
Your Rebate Center


Thank you for shopping at Circuit City. Please visit us online at www.circuitcity.com.
Items that have been returned are not eligible for this rebate.
You will be unable to reply to this email because it has been automatically generated. You have not been added to an email list. This message was sent in response to your rebate submission and will be the only email you will receive about this rebate. Please direct any inquiries to the Circuit City Rebate Center at (877) 224-8966.

2/19/2008