

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Clayton P. Voegtle, individually and as the representative of a class of similarly-situated persons

**DEFENDANTS**
Circuit City Stores, Inc and John Doe Corporation

**(b) County of Residence of First Listed Plaintiff** Lake
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Holstein Law Offices, LLC
19 S. LaSalle St., Suite 1500
Chicago, IL 60603; Tel (312) 906-8000

Attorneys (If Known)

FILED
JUN - 6 2008
Jun 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08CV3270**
**JUDGE CONLON**
**MAG. JUDGE NOLAN**

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (CAFA)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 190 Other Contract

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
class action breach of contract

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
JURY DEMAND: [X] Yes

## IX. This case
[X] is not a refiling of a previously dismissed action.

DATE: 6/5/08
SIGNATURE OF ATTORNEY OF RECORD