# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3270 | **DATE** | 6/17/2008 |
| **CASE TITLE** | CLAYTON P. VOEGTLE vs. CIRCUIT CITY STORES, INC. | | |

**DOCKET ENTRY TEXT**

This case is dismissed without prejudice. Plaintiff's attorney failed to comply with the Northern District of Illinois's General Order on Electronic Case Filing of May 19, 2005. Plaintiff's attorney also failed to file his appearance form.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|